UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA      )
                              )
                              )    S4 18 Cr. 284 (JSR)
        v.                    )
                              )
                              )
FERNANDO FERRER               )
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2

To: Warden, Metropolitan Correctional Center
MCC New York

Re: Fernando Ferrer
Reg. No.:

      Upon the application of Jay Heinrich, attorney for the above-referenced defendant/inmate, and upon all proceedings previously herein, the MCC is hereby ordered to accept the following clothing and to permit Mr. Ferrer to wear this clothing for the duration of his trial, which is scheduled to commence on January 28, 2020:

    two (2) dress shirts
    one (1) pair of dress pants
    one (1) tie
    one (1) pair of socks
    one (1) leather belt
    one (1) pair of shoes

Dated: January 25, 2020

                            SO ORDERED:

                            _____
                            HON. JED S. RAKOFF, U.S.D.J.